COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                        |   |                            |
|------------------------|---|----------------------------|
|                        | § |                            |
| THE STATE OF TEXAS,    |   | No. 08-11-00090-CR         |
|                        | § |                            |
| Appellant,             |   | Appeal from the            |
|                        | § |                            |
| v.                     |   | County Court at Law No. 1  |
|                        | § |                            |
| ANTONIO RAMOS,         |   | of El Paso County, Texas   |
|                        | § |                            |
| Appellee.              |   | (TC# 20100C03491)          |
|                        | § |                            |

**MEMORANDUM OPINION**

On September 7, 2011, we abated this appeal for the filing of supplemental findings of fact and conclusions of law by the trial court. After the trial court filed the supplemental findings and conclusions, the State moved to dismiss the appeal. It is therefore ordered that the appeal be reinstated on the docket of this Court and that the State's motion to dismiss be granted. This appeal is dismissed. *See* TEX.R.APP.P. 42.2(a).


November 30, 2011
                                          CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

(Do Not Publish)